UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

LOVETT BROOKS, on his own
behalf and on behalf of those
similarly situated,

    Plaintiff(s),

CASE NO.: 5:14-CV-00159-MTT

vs.

TUCKER COMMUNICATIONS
INC.,

    Defendant
_____/

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, LOVETT BROOKS, individually and on behalf all others similarly situated, by and through undersigned counsel, hereby files this notice of voluntary dismissal of the above-captioned action in its entirety, without prejudice.

*This space was left blank intentionally.*

Dated: May 5, 2014.

>Respectfully submitted,
>
>**/s/ DEIRDRE M. STEPHENS-JOHNSON**
>Deirdre M. Stephens-Johnson, Esq.
>GABN: 678789
>THE LAW OFFICE OF DEIRDRE M. STEPHENS-JOHNSON
>4567 Rockbridge Rd #1537
>Pina Lake, GA 30072
>Telephone: (404) 537-3002
>Facsimile: (404) 537-3003
>Email: dsjohnsonlaw@gmail.com
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th of May 2014, a true and correct copy of the foregoing was filed using the CM/ECF system, which I understand will send a copy of same to: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non CM/ECF participants: TUCKER COMMUNICATIONS INC., C/O: STEPHANIE D. TUCKER, Registered Agent, 213 E. Gordon Street, Thomaston GA 30286.

>**/s/ DEIRDRE M. STEPHENS-JOHNSON**
>Deirdre M. Stephens-Johnson, Esq.